# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                    **4:19-cr-00187-01-KGB**

**DARBY LEROY WILLIAMS, JR.**                                                                **DEFENDANT**

## ORDER

Pending is defendant Darby Leroy Williams's motion for adjustment of sentence (Dkt. No. 71). Applying retroactive Guidelines Amendment 821 does not change Mr. Williams's criminal history category.[1] He remains a criminal history category VI based on his status as a career offender. Therefore, the motion is denied.

It is so ordered this 20 day of December, 2023.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge

---

[1] *See* United States Sentencing Guidelines §1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").